WAYNE E. CHATTIN, ET AL. v. CAPE MAY GREENE, INC., ETC.

April 28, 1987.

Petition for certification denied. (See 216 *N.J.Super.* 618)

ELAINE AND LOUIS GROPER v. CAPE MAY
GREENE, INC., ETC.

April 28, 1987.

Petition for certification denied. (See *Chattin v. Cape May Greene, Inc.*, 216 *N.J.Super.* 618)

DAVID MESSNER v. MAYOR AND COUNCIL OF THE
BOROUGH OF EATONTOWN, ET AL.

April 28, 1987.

Petition for certification denied.

WILLOW BASKIN v. MICHAEL BASKIN.

April 28, 1987.

Petition for certification denied.